**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: BOBBITT, LEAH K | § | Case No. 14-83797-TML |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 23, 2014. The undersigned trustee was appointed on April 22, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          70,000.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 33,407.51 |
| Bank service fees | 21.53 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 21,570.96 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/23/2015 and the deadline for filing governmental claims was 07/23/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,000.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,000.00, for a total compensation of $6,000.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/27/2016         By: /s/STEPHEN G. BALSLEY
                              Trustee, Bar No.: 0104841

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-83797-TML  **Trustee:** (330410) STEPHEN G. BALSLEY
**Case Name:** BOBBITT, LEAH K  **Filed (f) or Converted (c):** 12/23/14 (f)
  **§341(a) Meeting Date:** 01/22/15
**Period Ending:** 12/27/16  **Claims Bar Date:** 07/23/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | checking account with Chase | 150.00 | 0.00 | | 0.00 | FA |
| 2 | Household Goods; TV, DVD player, couch, utensils | 1,500.00 | 0.00 | | 0.00 | FA |
| 3 | Books, CD's, DVD's, Tapes/Records, Family Pictur | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Necessary wearing apparel. | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Earrings, watch, costume jewelry | 30.00 | 0.00 | | 0.00 | FA |
| 6 | Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Class action suit<br>    See Order to Employ Special Counsel entered May 28, 2015.  See Order to Compromise Controversy entered January 11, 2016. | 0.00 | 30,000.00 | | 70,000.00 | FA |
| 8 | 1999 Oldsmobile Intrigue | 1,195.00 | 0.00 | | 0.00 | FA |
| 9 | Family Pets/Animals - 2 cats | 0.00 | 0.00 | | 0.00 | FA |
| 9 | **Assets    Totals** (Excluding unknown values) | **$3,025.00** | **$30,000.00** | | **$70,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2016    **Current Projected Date Of Final Report (TFR):**    December 27, 2016  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-83797-TML  
**Case Name:** BOBBITT, LEAH K  
**Taxpayer ID #:** **-***6855  
**Period Ending:** 12/27/16  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2266 - Checking Account  
**Blanket Bond:** $6,620,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/10/16 | | Waters & Kraus, LLP | Personal Injury/Products Liability Settlement | | | 36,592.49 | | 36,592.49 |
| | {7} | | Gross Settlement Amount | 70,000.00 | 1129-000 | | | 36,592.49 |
| | | | MDL Fee (5% of Gross Settlement) | -3,500.00 | 3991-000 | | | 36,592.49 |
| | | | Attorney's Fees (40% of Sub Settlement Amount of $66,500) | -26,600.00 | 3210-600 | | | 36,592.49 |
| | | | Case Expenses | -3,131.78 | 3220-610 | | | 36,592.49 |
| | | | Special Master Fee | -100.00 | 3220-610 | | | 36,592.49 |
| | | | Settling Counsel Cost | -75.73 | 3220-610 | | | 36,592.49 |
| 11/11/16 | 101 | Leah K. Bobbitt | Debtor's Claimed Exemption in Class Action Suit | | 8100-002 | | 15,000.00 | 21,592.49 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 21.53 | 21,570.96 |
| | | | **ACCOUNT TOTALS** | | | 36,592.49 | 15,021.53 | **$21,570.96** |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 36,592.49 | 15,021.53 | |
| | | | Less: Payments to Debtors | | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | | **$36,592.49** | **$21.53** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******2266** | 36,592.49 | 21.53 | 21,570.96 |
| | $36,592.49 | $21.53 | $21,570.96 |

{} Asset reference(s)

Printed: 12/27/2016 06:35 PM     V.13.28

# Exhibit C

## Case: 14-83797-TML    BOBBITT, LEAH K

Claims Bar Date:  07/23/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3110-00   Attorney for Trustee Fees (Trustee Firm)>,  200 | Admin Ch.  7<br>12/23/14 |  | $6,699.00<br>$6,699.00 | $0.00 | $6,699.00 |
|  | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3120-00   Attorney for Trustee Expenses (Trustee Firm)>,  200 | Admin Ch.  7<br>12/23/14 | FedEx Charges (12/8/16) | $26.23<br>$26.23 | $0.00 | $26.23 |
|  | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108<br><2100-00   Trustee Compensation>,  200 | Admin Ch.  7<br>12/23/14 |  | $6,000.00<br>$6,000.00 | $0.00 | $6,000.00 |
| 1 | Cavalry Investments, LLC<br>P.O. Box 27288<br>Tempe, AZ 85282<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/23/15 | 500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595<br>----------------------------------------------------------------------------* * * | $7,995.18<br>$7,995.18 | $0.00 | $7,995.18 |
| 2 | Cornerstone Christian Academy<br>C/O RRCA ACCT MGMT<br>201 E 3Rd St<br>Sterling, IL 61081<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/04/15 | C/O RRCA ACCT MGMT<br>201 E 3Rd St<br>Sterling, IL 61081<br>----------------------------------------------------------------------------* * * | $789.65<br>$789.65 | $0.00 | $789.65 |
| 3 | Navient Solutions Inc. on behalf of Department of Education Services<br>P.O. Box 740351<br>Atlanta, GA 30374-0351<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/13/15 | Department of Education Services<br>P.O. Box 9635<br>Wilkes-Barre, PA. 187739635<br>----------------------------------------------------------------------------* * * | $9,692.11<br>$9,692.11 | $0.00 | $9,692.11 |
| 4 | Main Street Acquisition Corp., assignee of SANTANDER CONSUMER USA INC.<br>c o Becket and Lee LLP,POB 3001<br>Malvern, PA 19355-0701 | Unsecured<br>05/28/15 | of SANTANDER CONSUMER USA INC.<br>c o Becket and Lee LLP,POB 3001<br>Malvern, PA 193550701 | $8,983.83<br>$8,983.83 | $0.00 | $8,983.83 |

# Exhibit C

### Case: 14-83797-TML   BOBBITT, LEAH K

Claims Bar Date: 07/23/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | | ----* * * | | |
| | <7100-00  General Unsecured § 726(a)(2)>, 610 | | | | | |
| 5 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City, OK 73124-8848 | Unsecured 06/25/15 | T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City, OK 731248848 | $205.22 $205.22 | $0.00 | $205.22 |
| | | | ----* * * | | | |
| | <7100-00  General Unsecured § 726(a)(2)>, 610 | | | | | |
| 6 | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured 07/22/15 | c o Becket and Lee LLP POB 3001 Malvern, PA 193550701 | $620.73 $620.73 | $0.00 | $620.73 |
| | | | ----* * * | | | |
| | <7100-00  General Unsecured § 726(a)(2)>, 610 | | | | | |
| | | | **Case Total:** | | **$0.00** | **$41,011.95** |

**TRUSTEE'S PROPOSED DISTRIBUTION**                              Exhibit D

Case No.: 14-83797-TML
Case Name: BOBBITT, LEAH K
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:**                    $    21,570.96

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $         0.00
Remaining balance:                        $    21,570.96

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 6,000.00 | 0.00 | 6,000.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 6,699.00 | 0.00 | 6,699.00 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 26.23 | 0.00 | 26.23 |

Total to be paid for chapter 7 administration expenses:    $    12,725.23
Remaining balance:                                         $     8,845.73

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $         0.00
Remaining balance:                                             $     8,845.73

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $            0.00
Remaining balance:  $       8,845.73

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 28,286.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 31.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry Investments, LLC | 7,995.18 | 0.00 | 2,500.23 |
| 2 | Cornerstone Christian Academy | 789.65 | 0.00 | 246.94 |
| 3 | Navient Solutions Inc. on behalf of | 9,692.11 | 0.00 | 3,030.88 |
| 4 | Main Street Acquisition Corp., assignee | 8,983.83 | 0.00 | 2,809.39 |
| 5 | American InfoSource LP as agent for | 205.22 | 0.00 | 64.18 |
| 6 | Capital One, N.A. | 620.73 | 0.00 | 194.11 |

Total to be paid for timely general unsecured claims:  $       8,845.73
Remaining balance:  $            0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**