UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: )
)
**BOBBITT, LEAH K** ) Bankruptcy Case No. 14-83797 TML
) Chapter 7
)
Debtor(s). )

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 12, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

    BOBBITT, LEAH K
    451 N CHARLES ST
    CORTLAND, IL 60112

    TIMOTHY K STANTON
    GERACI LAW L.L.C.
    55 E. MONROE ST. SUITE #3400
    CHICAGO, IL 60603
    *(Via ECF Electronic Transmission)*

    U.S. TRUSTEE'S OFFICE
    780 REGENT ST., STE. 304
    MADISON, WI 53715
    *(Via ECF Electronic Transmission)*

    Cavalry Investments, LLC
    P.O. Box 27288
    Tempe, AZ 85282

    Cornerstone Christian Academy
    C/O RRCA ACCT MGMT
    201 E 3rd St
    Sterling, IL 61081

Navient Solutions Inc. on behalf of
Department of Education Services
P.O. Box 740351
Atlanta, GA 30374-0351

Main Street Acquisition Corp., assignee
of SANTANDER CONSUMER USA INC.
c o Becket and Lee LLP, POB 3001
Malvern, PA 19355-0701

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

Capital One, N.A.
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701


/s/ Debbie M. Harris

STEPHEN G. BALSLEY, Trustee
6833 STALTER DRIVE
ROCKFORD, IL 61108
Phone: (815) 962-6611
Fax: (815) 962-0687
sbalsley@bslbv.com