**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: BOBBITT, LEAH K    § Case No. 14-83797-TML
                          §
                          §
                          §
Debtor(s)                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $3,025.00                 Assets Exempt: $19,230.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $8,845.73    Claims Discharged
                                              Without Payment: $68,957.99

Total Expenses of Administration: $46,154.27

---

    3) Total gross receipts of $ 70,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $55,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $11,170.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 46,154.27 | 46,154.27 | 46,154.27 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 460.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 71,642.00 | 28,286.72 | 28,286.72 | 8,845.73 |
| **TOTAL DISBURSEMENTS** | $83,272.00 | $74,440.99 | $74,440.99 | $55,000.00 |

4) This case was originally filed under Chapter 7 on December 23, 2014. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/14/2017           By: /s/STEPHEN G. BALSLEY
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Class action suit | 1129-000 | 70,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$70,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Leah K. Bobbitt | Debtor's Claimed Exemption in Class Action Suit | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | 1 IRS Non-Priority Bankruptcy Dept. | 4110-000 | 11,170.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$11,170.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - STEPHEN G. BALSLEY | 2100-000 | N/A | 6,000.00 | 6,000.00 | 6,000.00 |
| Attorney for Trustee Fees (Trustee Firm) - Barrick, Switzer, Long, Balsley & Van | 3110-000 | N/A | 6,699.00 | 6,699.00 | 6,699.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Barrick, Switzer, Long, Balsley & | 3120-000 | N/A | 26.23 | 26.23 | 26.23 |
| Other - Waters & Kraus, LLP | 3991-000 | N/A | 3,500.00 | 3,500.00 | 3,500.00 |
| Other - Waters & Kraus, LLP | 3210-600 | N/A | 26,600.00 | 26,600.00 | 26,600.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Waters & Kraus, LLP | 3220-610 | N/A | 3,131.78 | 3,131.78 | 3,131.78 |
| Other - Waters & Kraus, LLP | 3220-610 | N/A | 100.00 | 100.00 | 100.00 |
| Other - Waters & Kraus, LLP | 3220-610 | N/A | 75.73 | 75.73 | 75.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.53 | 21.53 | 21.53 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $46,154.27 | $46,154.27 | $46,154.27 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Illinois Department of Revenue | 5200-000 | 460.00 | N/A | N/A | 0.00 |
| NOTFILED | IRS Priority Debt Bankruptcy Dept. | 5200-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $460.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry Investments, LLC | 7100-000 | 7,996.00 | 7,995.18 | 7,995.18 | 2,500.23 |
| 2 | Cornerstone Christian Academy | 7100-000 | 789.00 | 789.65 | 789.65 | 246.94 |
| 3 | Navient Solutions Inc. on behalf of | 7100-000 | 4,144.00 | 9,692.11 | 9,692.11 | 3,030.88 |
| 4 | Main Street Acquisition Corp., assignee | 7100-000 | 8,831.00 | 8,983.83 | 8,983.83 | 2,809.39 |
| 5 | American InfoSource LP as agent for | 7100-000 | 205.00 | 205.22 | 205.22 | 64.18 |
| 6 | Capital One, N.A. | 7100-000 | 620.00 | 620.73 | 620.73 | 194.11 |
| NOTFILED | Sallie MAE Attn: Bankruptcy Dept. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sallie MAE Attn: Bankruptcy Dept. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sallie MAE Attn: Bankruptcy Dept. | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Platinum Holdings Group LLC C/o Global Trust Management | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Rush Copley Medical Center Bankruptcy Department | 7100-000 | 110.00 | N/A | N/A | 0.00 |
| NOTFILED | RRC A Accounts Management Inc | 7100-000 | 979.00 | N/A | N/A | 0.00 |
| NOTFILED | Prairie View Animal Hospital | 7100-000 | 133.00 | N/A | N/A | 0.00 |
| NOTFILED | RJM Acquisitions LLC Bankruptcy Department | 7100-000 | 33.00 | N/A | N/A | 0.00 |
| NOTFILED | Scholastic C/O RJM ACQ LLC | 7100-000 | 33.00 | N/A | N/A | 0.00 |
| NOTFILED | Sundance Vacations N.A. C/o Tri-State Financial | 7100-000 | 907.00 | N/A | N/A | 0.00 |
| NOTFILED | Stallings FIN Group Attn: Bankruptcy Dept | 7100-000 | 773.00 | N/A | N/A | 0.00 |
| NOTFILED | Valley Emergency Care Inc | 7100-000 | 1,637.00 | N/A | N/A | 0.00 |
| NOTFILED | Westgate Family Medicine Bankruptcy Department | 7100-000 | 1,624.00 | N/A | N/A | 0.00 |
| NOTFILED | Waste Management Retail C/oBankruptcy Department | 7100-000 | 53.00 | N/A | N/A | 0.00 |
| NOTFILED | Troy Capital Llc | 7100-000 | 4,861.00 | N/A | N/A | 0.00 |
| NOTFILED | Tri City Radiology SC Bankruptcy Department | 7100-000 | 1,172.00 | N/A | N/A | 0.00 |
| NOTFILED | State Collection Servi Attn: Bankruptcy Dept | 7100-000 | 1,172.00 | N/A | N/A | 0.00 |
| NOTFILED | Olsen's Accounting & Tax Service | 7100-000 | 3,111.00 | N/A | N/A | 0.00 |
| NOTFILED | Suburban Pulmonary & Sleep Associates | 7100-000 | 1,167.00 | N/A | N/A | 0.00 |
| NOTFILED | State Collection Servi Attn: Bankruptcy Dept | 7100-000 | 234.00 | N/A | N/A | 0.00 |
| NOTFILED | IRS Non-Priority | 7100-000 | 11,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Mediacom | 7100-000 | 122.00 | N/A | N/A | 0.00 |
| NOTFILED | ATG Credit Attn: Bankruptcy Dept. | 7100-000 | 229.00 | N/A | N/A | 0.00 |
| NOTFILED | ATG Credit Attn: Bankruptcy Dept. | 7100-000 | 110.00 | N/A | N/A | 0.00 |
| NOTFILED | ATG Credit Attn: Bankruptcy Dept. | 7100-000 | 835.00 | N/A | N/A | 0.00 |
| NOTFILED | COMENIT Y BANK/Lnbryant Attn: Bankruptcy Dept | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | DEPT OF ED/SALLIE MAE Attn: Bankruptcy Dept. | 7100-000 | 3,466.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Discount & A Attn: Bankruptcy Dept. | 7100-000 | 269.00 | N/A | N/A | 0.00 |
| NOTFILED | Laboratory Physicians LLC | 7100-000 | 1,228.00 | N/A | N/A | 0.00 |
| NOTFILED | Kishwaukee Family YMCA | 7100-000 | 1,206.00 | N/A | N/A | 0.00 |
| NOTFILED | Georgia Power | 7100-000 | 467.00 | N/A | N/A | 0.00 |
| NOTFILED | Gastroenterology Group Practice | 7100-000 | 390.00 | N/A | N/A | 0.00 |
| NOTFILED | DEPT OF ED/SALLIE MAE Attn: Bankruptcy Dept. | 7100-000 | 2,232.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier BANK Attn: Bankruptcy Dept. | 7100-000 | 353.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier BANK Attn: Bankruptcy Dept. | 7100-000 | 270.00 | N/A | N/A | 0.00 |
| NOTFILED | Main Street Acquisitions Corp | 7100-000 | 8,481.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$71,642.00** | **$28,286.72** | **$28,286.72** | **$8,845.73** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-83797-TML  
**Case Name:** BOBBITT, LEAH K  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 12/23/14 (f)  
**§341(a) Meeting Date:** 01/22/15  

**Period Ending:** 05/14/17  

**Claims Bar Date:** 07/23/15  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   checking account with Chase | 150.00 | 0.00 | | 0.00 | FA |
| 2   Household Goods; TV, DVD player, couch, utensils | 1,500.00 | 0.00 | | 0.00 | FA |
| 3   Books, CD's, DVD's, Tapes/Records, Family Pictur | 100.00 | 0.00 | | 0.00 | FA |
| 4   Necessary wearing apparel. | 50.00 | 0.00 | | 0.00 | FA |
| 5   Earrings, watch, costume jewelry | 30.00 | 0.00 | | 0.00 | FA |
| 6   Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | | 0.00 | FA |
| 7   Class action suit    See Order to Employ Special Counsel entered May 28, 2015.  See Order to Compromise Controversy entered January 11, 2016. | 0.00 | 30,000.00 | | 70,000.00 | FA |
| 8   1999 Oldsmobile Intrigue | 1,195.00 | 0.00 | | 0.00 | FA |
| 9   Family Pets/Animals - 2 cats | 0.00 | 0.00 | | 0.00 | FA |
| **9   Assets    Totals** (Excluding unknown values) | **$3,025.00** | **$30,000.00** | | **$70,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2016       **Current Projected Date Of Final Report (TFR):**   December 27, 2016  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-83797-TML  
**Case Name:** BOBBITT, LEAH K  

**Taxpayer ID #:** **-***6855  
**Period Ending:** 05/14/17  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2266 - Checking Account  
**Blanket Bond:** $6,620,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/10/16 | | Waters & Kraus, LLP | Personal Injury/Products Liability Settlement | | | 36,592.49 | | 36,592.49 |
| | {7} | | Gross Settlement Amount | 70,000.00 | 1129-000 | | | 36,592.49 |
| | | | MDL Fee (5% of Gross Settlement) | -3,500.00 | 3991-000 | | | 36,592.49 |
| | | | Attorney's Fees (40% of Sub Settlement Amount of $66,500) | -26,600.00 | 3210-600 | | | 36,592.49 |
| | | | Case Expenses | -3,131.78 | 3220-610 | | | 36,592.49 |
| | | | Special Master Fee | -100.00 | 3220-610 | | | 36,592.49 |
| | | | Settling Counsel Cost | -75.73 | 3220-610 | | | 36,592.49 |
| 11/11/16 | 101 | Leah K. Bobbitt | Debtor's Claimed Exemption in Class Action Suit | | 8100-002 | | 15,000.00 | 21,592.49 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 21.53 | 21,570.96 |
| 02/13/17 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $6,000.00, Trustee Compensation; Reference: | | 2100-000 | | 6,000.00 | 15,570.96 |
| 02/13/17 | 103 | Cavalry Investments, LLC | Dividend paid 31.27% on $7,995.18; Claim# 1; Filed: $7,995.18; Reference: | | 7100-000 | | 2,500.23 | 13,070.73 |
| 02/13/17 | 104 | Cornerstone Christian Academy | Dividend paid 31.27% on $789.65; Claim# 2; Filed: $789.65; Reference: | | 7100-000 | | 246.94 | 12,823.79 |
| 02/13/17 | 105 | Navient Solutions Inc. on behalf of | Dividend paid 31.27% on $9,692.11; Claim# 3; Filed: $9,692.11; Reference: | | 7100-000 | | 3,030.88 | 9,792.91 |
| 02/13/17 | 106 | Main Street Acquisition Corp., assignee | Dividend paid 31.27% on $8,983.83; Claim# 4; Filed: $8,983.83; Reference: | | 7100-000 | | 2,809.39 | 6,983.52 |
| 02/13/17 | 107 | American InfoSource LP as agent for | Dividend paid 31.27% on $205.22; Claim# 5; Filed: $205.22; Reference: | | 7100-000 | | 64.18 | 6,919.34 |
| 02/13/17 | 108 | Capital One, N.A. | Dividend paid 31.27% on $620.73; Claim# 6; Filed: $620.73; Reference: | | 7100-000 | | 194.11 | 6,725.23 |
| 02/13/17 | 109 | Barrick, Switzer, Long, Balsley & Van Evera | Combined Check for Claims#et_al. | | | | 6,725.23 | 0.00 |
| | | | Dividend paid 100.00% on $6,699.00; Claim# ; Filed: $6,699.00 | 6,699.00 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $26.23; Claim# ; Filed: $26.23 | 26.23 | 3120-000 | | | 0.00 |

Subtotals : $36,592.49  $36,592.49

{} Asset reference(s)                                    Printed: 05/14/2017 07:34 PM    V.13.30

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-83797-TML  
**Case Name:** BOBBITT, LEAH K  

**Taxpayer ID #:** **-***6855  
**Period Ending:** 05/14/17  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2266 - Checking Account  
**Blanket Bond:** $6,620,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 36,592.49 | 36,592.49 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 36,592.49 | 36,592.49 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$36,592.49** | **$21,592.49** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2266** | 36,592.49 | 21,592.49 | 0.00 |
| | $36,592.49 | $21,592.49 | $0.00 |

{} Asset reference(s)